Certificate Number: 14912-NJ-DE-034783268

Bankruptcy Case Number: 20-18898



14912-NJ-DE-034783268

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 17, 2020, at 5:03 o'clock PM EDT, Donnamarie Pantaleo completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   August 17, 2020             By:   /s/Jai Bhatt

                                    Name: Jai Bhatt

                                    Title: Counselor