| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2C<br><br>Rob Saltzman, Esquire<br>Pluese, Becker, Saltzman & Thomas, LLC<br>RS1765<br>20000 Horizon Way, Suite 900<br>Mount Laurel, NJ 08054-4318<br>(856) 813-1700<br>Attorneys for the Mortgagee<br>File No. 107409B | Order Filed on June 3, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 20-18898-JNP<br><br>Hearing Date: June 4, 2024<br>Judge: Jerrold N. Poslusny Jr.<br><br>Chapter 13 |
| In Re:<br><br>Donnamarie V. Pantaleo<br>aka Donnamarie V Root | |

| Recommended Local Form | ☒ Followed | __ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: June 3, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Barbara J. Snavely, Esquire |
| Property Involved ("Collateral"): | 54 Ardmore Ave., Runnemede, NJ 08078 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
   - ☒ The Debtor is overdue for three months, from March 1, 2024 to May 1, 2024.
   - ☒ The Debtor is overdue for three payments at $1,266.04 per month.
   - ☒ Recoverable fees and costs of $1,264.00.
   - ☒ Less suspense balance of $49.80.
   Total Arrearages Due $5,012.32.

2. Debtor must cure all post-Petition arrearages as follows:
   - ☒ Beginning on June 1, 2024, regular monthly mortgage payments shall continue to be made in the amount of $1,266.04. Future monthly mortgage payments are subject to future escrow or rate adjustments.
   - ☒ Beginning on June 1, 2024 additional monthly cure payments shall be made in the amount of $835.39 for five months along with a payment of $835.37 for the sixth momth.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ☒ Regular monthly payments and Monthly cure payments:

     Gregory Funding LLC
     PO Box 742334
     Los Angeles, CA 90074-2334

4. In the event of Default:

☒ If the Debtor does not make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:

☒ The fees and costs are included in the arrears