UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker, Saltzman & Thomas, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 107409B

**Order Filed on June 3, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Donnamarie V. Pantaleo
aka Donnamarie V Root

Case No.: 20-18898-JNP

Hearing Date: June 4, 2024
Judge: Jerrold N. Poslusny Jr.

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |
|---|---|---|

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: June 3, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Barbara J. Snavely, Esquire |
| Property Involved ("Collateral"): | 54 Ardmore Ave., Runnemede, NJ 08078 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
   ☒ The Debtor is overdue for three months, from March 1, 2024 to May 1, 2024.
   ☒ The Debtor is overdue for three payments at $1,266.04 per month.
   ☒ Recoverable fees and costs of $1,264.00.
   ☒ Less suspense balance of $49.80.
   Total Arrearages Due $5,012.32.

2. Debtor must cure all post-Petition arrearages as follows:
   ☒ Beginning on June 1, 2024, regular monthly mortgage payments shall continue to be made in the amount of $1,266.04. Future monthly mortgage payments are subject to future escrow or rate adjustments.
   ☒ Beginning on June 1, 2024 additional monthly cure payments shall be made in the amount of $835.39 for five months along with a payment of $835.37 for the sixth momth.

3. Payments to the Secured Creditor shall be made to the following address(es):
   ☒ Regular monthly payments and Monthly cure payments:
   > Gregory Funding LLC
   > PO Box 742334
   > Los Angeles, CA 90074-2334

4.      In the event of Default:

☒ If the Debtor does not make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5.      Award of Attorney's Fees:

☒ The fees and costs are included in the arrears

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-18898-JNP |
| Donnamarie V. Pantaleo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 03, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2024:**

**Recip ID        Recipient Name and Address**
db              + Donnamarie V. Pantaleo, 54 Ardmore Avenue, Runnemede, NJ 08078-1701

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2024                    Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2024 at the address(es) listed below:**

**Name                Email Address**

Andrew B Finberg
                    ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Barbara J. Snavely
                    on behalf of Debtor Donnamarie V. Pantaleo jjresq1@comcast.net

Denise E. Carlon
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com
                    bkgroup@kmllawgroup.com

Robert P. Saltzman
                    on behalf of Creditor Ajax Mortgage Loan Trust 2021-G  Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5