Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 20−18898−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Donnamarie V. Pantaleo
  aka Donnamarie V Root
  54 Ardmore Avenue
  Runnemede, NJ 08078

Social Security No.:
  xxx−xx−6203

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐   Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☑   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: September 18, 2025
JAN: jgd

                                                                                 Jeanne Naughton
                                                                                 Clerk

Case 20-18898-JNP    Doc 58    Filed 09/20/25    Entered 09/21/25 00:16:39    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-18898-JNP |
| Donnamarie V. Pantaleo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 18, 2025 | Form ID: cscnodsc | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donnamarie V. Pantaleo, 54 Ardmore Avenue, Runnemede, NJ 08078-1701 |
| 518906115 | + | Amanda Barrett, 54 B Ardmore Ave, Unit B, Runnemede, NJ 08078-1701 |
| 518906118 | + | KML Law Group PC, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |
| 518906120 | + | Monroe MUA, 143 Union Valley Road, Monroe Twp, NJ 08831-5960 |
| 518906125 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 18 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 18 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Sep 18 2025 20:42:36 | Ajax Mortgage Loan Trust 2021-G, Mortgage-Backed S, PO Box 230579, Tigard, OR 97281-0579 |
| 518945497 | | Email/Text: bnc@atlasacq.com | Sep 18 2025 20:49:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 519299939 | ^ | MEBN | Sep 18 2025 20:44:18 | Ajax Mortgage Loan Trust 2021-G, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 519299940 | ^ | MEBN | Sep 18 2025 20:44:18 | Ajax Mortgage Loan Trust 2021-G, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 9007-2334, Ajax Mortgage Loan Trust 2021-G, c/o Gregory Funding LLC 90074-2334 |
| 518906116 | | Email/Text: cfcbackoffice@contfinco.com | Sep 18 2025 20:50:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 518937760 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 18 2025 20:52:00 | Federal Home Loan Mortgage Corporation as Trustee, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518906117 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 18 2025 20:50:00 | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518906119 | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 18 2025 20:50:00 | McCalla Raymer Leibert Pierce LLC, 420 Lexington Avenue, Suite 840, New York, NY 10170 |
| 518906121 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 18 2025 20:50:00 | Nationstar LLC d/b/a Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 518933279 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 18 2025 20:50:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. |

Case 20-18898-JNP    Doc 58    Filed 09/20/25    Entered 09/21/25 00:16:39    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: cscnodsc | Total Noticed: 29 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Box 619096, Dallas, TX 75261-9096 |
| 518949049 | ^ | MEBN | Sep 18 2025 20:42:38 | New Jersey Attorney General Office, Division of Law, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 519309085 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2025 20:55:30 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519309086 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2025 20:55:37 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518949048 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Sep 18 2025 20:49:00 | | NJ Division of Taxation, 50 Barrack Street 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 519024879 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Sep 18 2025 20:49:00 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518906122 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Sep 18 2025 20:52:00 | | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518906274 | ^ | MEBN | Sep 18 2025 20:42:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518959638 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 18 2025 20:49:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 520303958 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 18 2025 20:50:00 | U.S. Bank National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, U.S. Bank National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 520303957 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 18 2025 20:50:00 | U.S. Bank National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518906123 | ^ | MEBN | Sep 18 2025 20:44:00 | United States Attoney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 518906124 | + | Email/Text: usanj.njbankr@usdoj.gov | Sep 18 2025 20:51:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 20, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Debtor Donnamarie V. Pantaleo jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Ajax Mortgage Loan Trust 2021-G  Mortgage-Backed Securities, Series 2021-G, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6